**FOX ROTHSCHILD LLP**
Attorneys for Defendant Mitchell Supreme Fuel Company
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900
Fax: (212) 692-0940

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEAMSTERS LOCAL UNION NO. 469 AND TEAMSTERS 469 WELFARE FUND AND ITS BOARD OF TRUSTEES<br><br>Plaintiffs,<br><br>- against -<br><br>MITCHELL SUPREME FUEL COMPANY,<br><br>Defendant. | 08-3153 (PGS)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

The parties to this action, by and through their respective counsel of record, stipulate that the matter has been resolved between the parties and that settlement has been consummated; and,

The parties request that the Court enter an ORDER that this matter is DISMISSED WITH PREJUDICE, with each party to bear their respective costs.

Dated: May 5, 2009

Fox Rothschild LLP
Attorneys for Defendant

By: /s/ _____

Timothy R. Hott, P.C.
Attorney for Plaintiffs

By: _____

IT IS SO ORDERED.

Dated: May 18, 2009

_____
U.S.D.J. Peter G. Sheridan

NY1 280043v1 07/08/08